JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSISEVAN, INC., California Corporation; and ROES 1 through 10, inclusive Plaintiff and Cross-Defendants,<br><br>v.<br><br>ADVANCED SALON CONCEPTS, INC. a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants and Cross-Complainants. | Case No. 2:23-cv-09646-AB-MRW<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 18, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.